UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISON
IN ADMIRALTY

IBERIABANK, a Louisiana state Bank,

          Plaintiff,

v.

BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, a Florida limited liability Company; BG 1 LAZZARA, LLC, a Florida limited liability company; BG BIG BOAT, LTD., a Florida limited liability Company; ROBERT GENOVESE, *IN PERSONAM;* and THE M/Y BG, *IN REM,*

          Defendants.
_____/

Case No. 0:18-cv-60301-CMA

## SUGGESTION OF BANKRUPTCY

Defendant, BG 1 LAZZARA, LLC, by and through the undersigned attorney, hereby files this Suggestion of Bankruptcy in the above captioned matter and in support thereof, states as follows:

1. On April 9, 2018, BG 1 Lazzara, LLC (the "Debtor") filed a Voluntary Petition for relief pursuant to Title 11, of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Bankruptcy Case No. 18-14126-JKO.

2. A copy of the Notice of Bankruptcy Filing is attached.

3. That pursuant to the Bankruptcy Code, 11 U.S.C. §362, the above-styled case is stayed, unless this matter falls within one of the exceptions from the automatic stay.

4. This Suggestion of Bankruptcy is for notice purposes only and does not constitute an appearance by the undersigned in this case.

Wherefore, Debtor respectfully suggest that pursuant to 11 U.S.C. 362 that all proceedings in this case should be stayed pending further Order of the Bankruptcy Court, and for whatever relief, this Court deems just and proper.

I hereby certify that a true and correct copy of the foregoing was served this 9th day of April, 2018, upon the following parties via CM/ECF which will cause an email to be sent to:

| | |
|---|---|
| Courtney Oakes, Esq. | coakes@burr.com |
| Michael S. Waskiewicz, Esq. | mwaskiewicz@burr.com |

Dated this 9th day of April, 2018.

**VAN HORN LAW GROUP, P.A**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax.)

By: */s/ Chad Van Horn*
Chad Van Horn, Esq.
Florida Bar No. 64500
Chad@cvhlawgroup.com

# 0:18-bk-14126 | BG 1 Lazzara, LLC

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 04/09/2018 at 2:21 PM and filed on 04/09/2018.

**BG 1 Lazzara, LLC**
1250 S Pine Island Rd
# 500
Plantation, FL 33324-4419
Tax ID / EIN: 47-2587781



The case was filed by the debtor's attorney:

**Chad T Van Horn**
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
954-765-3166

The case was assigned case number 18-14126-JKO to Judge John K Olson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

### PACER Service Center

**Receipt:** 04/09/2018 14:43:26