UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60301-CIV-ALTONAGA/Seltzer

**IBERIABANK**,
,

    Plaintiff,

v.

**BG CAPITAL MANAGEMENT
SOUTH FLORIDA, LLC**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court's Order [ECF No. 72] granting final default judgment against Defendants, Robert Genovese and BG Capital Management South Florida, LLC. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered against Defendants, Robert Genovese and BG Capital Management South Florida, LLC, and in favor of Plaintiff, Iberiabank.

2. Plaintiff shall recover from Defendants the sum of **$1,744,228.04**.

3. The judgment shall bear post-judgment interest at the rate prescribed by 28 U.S.C. section 1961 and Federal Rule of Civil Procedure 69.

4. The Court retains jurisdiction over this cause and over the parties for the purposes of entering all further post-judgment orders that are just and proper, including but not limited to, the award of attorneys' fees, taxable costs, and interest.

CASE NO. 18-60301-CIV-ALTONAGA/Seltzer

**DONE AND ORDERED** in Miami, Florida, this 13th day of September, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record