**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IBERIA BANK | 18-60301-CV-Altonaga |
| DEFENDANT | TYPE OF PROCESS |
| BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, et al | FOR SALE OF VESSEL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Courtney Oaks / Burr & Forman LLP
Las Olas Centre II
350 E Las Olas Blvd Suite 1440
Ft Lauderdale, FL 33301

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED BY ____ D.C.
OCT 22 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

For Sale of M/Y BG Hull# LYC75016J809 Official Number:1258306 on October 19, 2018 @ 12:00 noon at the U.S. Federal Bldg Courthouse, 299 E Broward Blvd Ft Lauderdale, FL 33301, outside the main lobby near the steps on the 1st floor. In compliance with the court order, vessel was advertised at the Daily Business Review on: October 04 and October 11, 2018.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 04 | No. 04 | | 10/19/2018 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 10/19/18 | 12:00 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
*Sabrina Y. Livingston*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | | | $0.00 |

REMARKS: Vessel was sold to Marvin Small (817) 366-5303, 4613 Clearwater Ct., Colleyville, TX 76034 in the amount of $900,000 Dollars. Mr. Small deposited $90,000 Dollars.

**DISTRIBUTE TO:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13