# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## IN ADMIRALTY

## CLERK'S CONFIRMATION OF SALE

CASE NO.  **18-cv-60301-CMA**

Iberiabank

      Plaintiff(s),

v.

BG Capital Management South Florida,
LLC., et al

      Defendant(s).

_____/

      The records in this action indicate that no objection has been filed to the sale of property

conducted by the U.S. Marshal on _____**October 19, 2018**_____.

      THEREFORE, in accordance with Local Admiralty Rule E(17)(f), the sale shall stand

confirmed as of _____**October 19, 2018**_____.

      DONE at ___Southern District of___, Florida, this the __**1**__, day of ___**November**___,18.

STEVEN M. LARIMORE
Clerk of Court

By:   Ahlai Israel
        Deputy Clerk

cc:    U.S. Marshal (2 certified copies)
       Counsel of record

Print    Reset