IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

IBERIABANK, A LOUISIANA STATE
BANK

        *Plaintiff*,

v.

BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, A FLORIDA LIMITED LIABILITY COMPANY; BG 1 LAZZARA, LLC, A FLORIDA LIMITED LIABILITY COMPANY; BG BIG BOAT, LTD., A FLORIDA LIMITED COMPANY; ROBERT GENOVESE, *IN PERSONAM;* AND THE M/Y BG, *IN REM*,

        *Defendants*.

/

CIVIL ACTION NO. 18-cv-60301

IN ADMIRALTY // FRCP 9(h)

## **MOTION TO RELEASE FUNDS FROM COURT'S REGISTRY**

COMES NOW Plaintiff IberiaBank and moves this Court for an Order directing the Clerk of Court to disburse funds from the Court's Registry to Plaintiff.

This Court entered an Order Granting Motion to Confirm Sale of Vessel for the M/Y BG on October 30, 2018. (Doc. 77). The Clerk entered an Order Confirming Sale on November 1, 2018. (Doc. 78).

Plaintiff would show that $886,155.75 in proceeds from the sale of the M/Y BG (after deduction of the US Marshal's commission) was hand delivered from the US Marshals to the Registry of the Court on November 13, 2018. A copy of the receipt for the deposit from the US Marshall is attached as "Exhibit A."

32600086 v1

Plaintiff requests that this Court enter an Order directing the release of the funds to Plaintiff as set forth in the proposed order which is attached as "Exhibit B."

Dated at Jacksonville, Florida, this 14th day of November, 2018.

Respectfully submitted,

*/s/ Michael S. Waskiewicz*
Michael S. Waskiewicz
Florida Bar No. 693642
Courtney Oakes
Florida Bar No. 106553
50 N. Laura Street, Suite 3000
Jacksonville, Florida 32202
(904) 232-7204 (telephone)
(904) 232-7201 (facsimile)
Email: MWaskiewicz@burr.com

Attorneys for Plaintiff, IBERIABANK

OF COUNSEL:

BURR & FORMAN LLP
Bank of America Tower
50 North Laura Street
Suite 3000
Jacksonville, FL 32202
Telephone: (904) 232-7200
Facsimile: (904) 232-7201
Email: MWaskiewicz@burr.com

Cc:  Counsel of Record