Prepared by and return to:
Robert A. Neilson, Esq.
BURR & FORMAN, LLP
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
(904) 232-7200

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

IBERIABANK, A LOUISIANA STATE BANK

*Plaintiff*,

v.

BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, A FLORIDA LIMITED LIABILITY COMPANY; BG BOAT, LTD., A FLORIDA LIMITED COMPANY; ROBERT GENOVESE, *IN PERSONAM*; AND THE M/Y BG, *IN REM*,

*Defendants*.

CIVIL ACTION NO. 0:18-cv-60301

IN ADMIRALTY // FRCP 9(h)

## SATISFACTION OF JUDGMENT

**THIS SATISFACTION OF JUDGMENT,** is made and entered into this 12th day of May, 2020, by IBERIABANK, a Louisiana state bank.

**WHEREAS,** IBERIABANK is the owner and holder of that certain *Order* entered on September 13, 2018 in the above-styled case, in favor of IBERIABANK and against Robert Genovese and BG Capital Management South Florida, LLC, in the principal amount of $1,744,228.04 (the "Judgment").

**WHEREAS,** in consideration of the sum of $10.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and accepted by

43468926 v1

IBERIABANK as full settlement and satisfaction of the Judgment, IBERIABANK directs that the Judgment be cancelled and discharged of record.

**IN WITNESS WHEREFORE**, IBERIABANK has caused this Satisfaction of Judgment to be executed this 12th day of May, 2020.

Signed, sealed and delivered
in the presence of:

*Sandra a Hettel*
WITNESS SIGNATURE

Sandra A. Hettel
WITNESS PRINTED NAME

*Bruce C Reid*
WITNESS SIGNATURE

Bruce C Reid
WITNESS PRINTED NAME

**IBERIABANK**

By: David Krage
Its: Vice President

STATE OF FLORIDA       )
COUNTY OF manatee      )

The foregoing instrument was acknowledge before me by means of [✓] physical presence or [ ] online notarization this 12th day of May, 2020 by David Krage, as VP, on behalf of IBERIABANK, who personally appeared before me and (**CHECK ONE**) [✓] who is personally known to me, or [ ] who has produced _____ as identification.

(AFFIX NOTARIAL SEAL)

SANDRA A. HETTEL
MY COMMISSION # GG 030269
EXPIRES: October 8, 2020
Bonded Thru Notary Public Underwriters

Commission Expires: 10/8/20

*Sandra a Hettel*
NOTARY PUBLIC
Print: Sandra A. Hettel

43468926 v1

2